HARRY B. BROCKHURST, complainant,

*v.*

JOHN H. COX, defendant.

[Argued March 28th, 1907.   Decided June 17th, 1907.]

On appeal taken by Elizabeth A. Brockhurst from a decree of the court of chancery, advised by Vice-Chancellor Garrison, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 703.*

*Mr. Adolph A. Engelke,* for the appellant.

*Mr. Merritt Lane,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Garrison in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.